# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL S IOANE, | ) Case No.: 1:19-cv-00879-LJO-JLT (HC) |
| Petitioner, | ) ORDER DISREGARDING APPLICATION TO PROCEED IN FORMA PAUPERIS AS MOOT |
| v. | ) |
| GEORGINA PUENTES, | ) (Doc. 8) |
| Respondent. | ) |

On August 9, 2019, Petitioner filed an application to proceed in forma pauperis. (Doc. 8.) However, the Petitioner submitted the filing fee on June 27, 2019. Therefore, Petitioner's application to proceed in forma pauperis is moot and hereby DISREGARDED.

IT IS SO ORDERED.

Dated: __**August 13, 2019**__             **/s/ Jennifer L. Thurston**
                                                            UNITED STATES MAGISTRATE JUDGE